IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDY A. HART,

    Plaintiff,

v.                                             Case No. 4:18cv411-MW/MJF

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion to proceed *in forma pauperis*, ECF No. 11, is **DENIED**. This case is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety." The Clerk shall close the file.

**SO ORDERED on January 17, 2019.**

                                          s/Mark E. Walker         
                                        **Chief United States District Judge**